WALTER R. CANNON, ESQ.
Nevada Bar #001505
PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BARON, an individual, | )<br>) |
| Plaintiff, | ) CASE NO. 2:12-CV-996-APG-PAL<br>) |
| vs. | )<br>) |
| SOUTHERN NEVADA HEALTH DISTRICT, a Political Subdivision of the State of Nevada; JANE SHUNNEY, and DOES I through X, inclusive, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice; that no trial setting

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

or scheduling order is on file herein; and, that each party is to bear their own costs and attorneys' fees.

DATED this _11_ day of April, 2013.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By _____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

By _____
ESTHER C. RODRIGUEZ, ESQ.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

DATED this 16th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By _____
PETER M. ANGULO, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants